# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TAMARCUS DAVIS

NO. 2021 KW 0048

**FEB 1 8 2021**

---

In Re:     Tamarcus Davis, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No.
           42486.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.**   The district court is ordered to ascertain
whether the Gonzales Police Department arrested relator on
January 8, 2021 for simple burglary and simple criminal damage
to property.   If the court determines that relator was arrested
for those offenses, the court must determine whether law
enforcement brought relator before a judge for the purpose of
appointment of counsel within seventy-two hours from the time of
his arrest.   See La. Code Crim. P. art. 230.1.

                         **VGW**
                         **JEW**
                         **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.s~_

---
DEPUTY CLERK OF COURT
     FOR THE COURT